UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

GABRYELLE DANIELS  §
 § CIVIL NO:
vs. § DR:25-MC-00036-AM
 §
CHERYL MABREY §

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, June 10, 2025 at 10:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 20th day of May, 2025.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE